# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140872 & (5)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JON GALLANT JR.,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

SC: 140872
AGC: 1153/09

_____/

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion for miscellaneous relief is DENIED pursuant to MCR 3.301(3) and MCR 2.107(A)(1). However, the files and records of Attorney Grievance Commission File No. 1153/09 remain confidential pursuant to MCR 9.126(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621